Mr. Chief-Justice. TANEY.
 

 A motion has been made to dismiss the case for want of jurisdiction.
 

 It appears that an action was brought by the United States against the plaintiff in error, in the District Court of the United States for the northern district of Mississippi, (the said court having the powers of a Circuit Court,) for the purpose of recovering damages against the plaintiff in error, who was a notary public, for having failed to give notice to the endorsers of a promissory note,-put into his bands for protest, whereby-the United States lost their remedy against them. The nóte was for $537; 27 cents, and the. damages' in the declaration laid at one thousand' dollars. There was a verdict and judgment for the sum’of $750 36 cents, and it is upon this judgment that the writ of error is brought.
 

 The matter in dispute is below the amount necessary"to,give jurisdiction to this court, arid the writ, of error must therefore be. dismissed. -